# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Ryan R. West<br>Attorney at Law, Bar No. 8721 | Case No.: 2:16-ms-97<br><br>**ORDER OF DISBARMENT** |

On November 27, 2016, this Court entered an Order to Show Cause for Ryan R. West, mailed via certified mail with a Certified Mail Return Receipt date of delivery of December 2, 2016. The Order to Show Cause provided Mr. West with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. West. Failure to respond within 30 days warrants an Order of Disbarment. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Ryan R. West, Nevada State Bar No. 8721, is hereby **DISBARRED** from practice in United States District Court for the District of Nevada.

**DATED** this   10   day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 10th day of January, 2017, I caused to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Ryan R. West
    196 South 100 West
    Logan, UT 84321

Certified Mail No.:   7014 0150 0000 9543 5011

/s/
Deputy Clerk
United States District Court,
District of Nevada